Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT COLOMBI, an individual,<br><br>Plaintiffs<br><br>v.<br><br>FMS, INC., a corporation;<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02800-L-JMA<br><br>**Notice of Dismissal of Claims Against Portfolio Recovery Associates, LLC** |

   Please take notice that Plaintiff hereby dismisses his claims against Portfolio Recovery Associates, LLC with prejudice.  This dismissal shall not affect the claims currently pending against FMS, Inc.

Date:  December 27, 2013

                              s/ Jeremy S. Golden
                     Jeremy S. Golden,
                     Attorney for Plaintiff

1
Notice of Dismissal of Claims Against Portfolio Recovery Associates, LLC